In the Matter of the Judicial Settlement of the Intermediate Account of ROBERT MOORE, JR., as Committee of the Estate of MARJORIE C. MOORE, an Incompetent Person. ROBERT MOORE, JR., as Committee of the Estate of MARJORIE C. MOORE, an Incompetent Person, KINGS PARK STATE HOSPITAL,

Appellants, and JOHN H. GAMALDI, as Special Guardian for MARJORIE C. MOORE, an Incompetent Person, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.